# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| Michael John Piskanin, Jr., | : | No. 61 MAP 2014 |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| Kathleen Kane Individually and as | : | |
| Attorney General of Commonwealth of | : | |
| Pennsylvania, | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **FILED:  November 6, 2014**

**AND NOW**, this 6th day of November, 2014, the above captioned appeal is quashed for failure to file a brief.